# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/7/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 05-00314

CASE NAME: USA v. Ronald L. Warden, Jr.

ATTYS FOR PLA: Gabriel Colwell

ATTYS FOR DEFT: Samuel P. King, Jr.

INTERPRETER:

JUDGE: Leslie E. Kobayashi      REPORTER: C7

DATE: 7/7/2006                  TIME: 1:21:20-1:45:35
                                      1:53:19-2:45:21

COURT ACTION:  EP:  Order to Show Cause Why Probation Should Not Be Revoked.

Defendant Ronald L. Warden, Jr. present, not in custody.

Oral request for evidentiary hearing-GRANTED.

Government's witness: Alysa L. Makahanaloa, USPO

Defendant's witnesses:  Brenda Jane Gregory, Ronald L. Warden, Jr.

Court finds defendant guilty of violations 2-6.

Order to Show Cause Why Probation Should Not Be Revoked-REVOKED.

Allocution by defendant Ronald L. Warden, Jr.

SENTENCE:

Imprisonment: 3 MONTHS

Supervised Release: NONE IMPOSED

Defendant remanded to the custody of the US Marshals.

Submitted by: Theresa Lam, Courtroom Manager

Case 1:05-cr-00314-BMK     Document 6     Filed 07/07/2006     Page 2 of 2