ORIGINAL

AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 05-00314 -01 |
| RONALD L. WARDEN, JR. <br> (Name and Address of Defendant) | |

*Jay Venk in Court*

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place <br> United States District Court <br> 300 Ala Moana Blvd <br> Honolulu, HI 96850 <br> Ph. (808) 541-1300 (Honolulu Number) | Room <br><br> AS DESIGNATED |
|---|---|
| Before: Leslie E. Kobayashi, United States Magistrate Judge | Date and Time <br><br> JULY 7, 2006 AT 1:15 PM |

To Answer a(n) Probation/Supervised Release Violation Petition

Charging you with a violation of Title  United States Code, Section(s) .

Brief description of offense:
Order to show cause why supervision should not be revoked

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 17 2006

at 9 o'clock and 25 min. AM
SUE BEITIA, CLERK

RECEIVED 2006 JUL -5 PM 12:59
U.S. MARSHALS SERVICE
HONOLULU, HI

Sue Beitia
Name and Title of Issuing Officer

_(signature)_
Signature of Issuing Officer/Deputy Clerk

JULY 5, 2006
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case                                    CR 05-00314-01

# RETURN OF SERVICE

Service as made by me on:[1] Ronald Worden    Date 7/7/06

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: 300 Ala Moana Blvd Honolulu HI 96850

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on  7/7/06
              Date

Mark M. Hanohano
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure