AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER: 1:05CR00314-001
DEFENDANT: RONALD L. WARDEN, JR.

Judgment - Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 3 MONTHS .

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 17 AUG 2006 to FEDERAL DETENTION CENTER
P.O. BOX 30547
HONOLULU, HI 96820

at _____, with a certified copy of this judgment.

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
AUG 2 8 2006
at 2 o'clock and 45 min. P M
SUE BEITIA, CLERK

John T. Rathman
~~UNITED STATES MARSHAL~~
WARDEN

By J. Lumu
~~Deputy U.S. Marshal~~
Legal Tech

AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**RONALD L. WARDEN, JR.**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: 1:05CR00314-001
USM Number: 70009-083
**SAMUEL P. KING, JR.**
Defendant's Attorney

## THE DEFENDANT:

[ ] admitted guilt to violation of condition(s) ___ of the term of supervision.
[✔] was found in violation of condition(s) Standard Condition No. 2; Special Condition No. 1; Special Condition No. 4; and Standard Condition No. 3 after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 2412

Defendant's Residence Address:
Ewa Beach, HI 96706

Defendant's Mailing Address:
Ewa Beach, HI 96706

JULY 7, 2006
Date of Imposition of Sentence

Signature of Judicial Officer

**LESLIE E. KOBAYASHI**, United States Magistrate Judge
Name & Title of Judicial Officer

08·02·06
Date

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District Court, District of Hawaii
By _____ Deputy

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| CASE NUMBER: | 1:05CR00314-001 | Judgment - Page 2 of 3 |
|---|---|---|
| DEFENDANT: | RONALD L. WARDEN, JR. | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 2 | Subject failed to report to a Probation Officer Assistant | 3/1/2006 |
| 3 | Subject failed to submit a truthful and complete written report within the first five days of each month | 7/2005, 9/2005, 2/2006, and 3/2006 |
| 4 | Subject refused to comply with drug testing | 12/27/2005, 1/11/2006, and 2/1/2006 |
| 5 | Subject failed to complete 50 hours of community service | |
| 6 | Subject failed to follow the instructions of the Probation Officer Assistant | 12/16/2005 and 5/23/2006 |